B 10S1 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan, Detroit Division

In re  Thomas J. Ciluffo, Jr. / Katrina N. Ciluffo                Case No. 12-60083
        Debtor                                                    Chapter 13

## Notice of Mortgage Payment Change

**If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.**  See Bankruptcy Rule 3002.1.

**Name of creditor:** CitiMortgage, Inc.                          **Court claim no.** (if known): 6

**Last four digits** of any number you use to identify the debtor's account:  4864

**Date of payment change:**
Must be at least 21 days after date of this notice    06/01/13
                                                      mm/dd/yyyy

**New total payment:**  $  1,189.09
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

[X] No
[ ] Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment:** $  256.97           **New escrow payment:** $  273.51

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

[X] No
[ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

**Current interest rate:**                        **New interest rate:**
**Current principal and interest payment:** $     **New principal and interest payment:** $

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

[X] No
[ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
*(Court approval may be required before the payment change can take effect.)*   Reason for change:

**Current mortgage payment:** $                   **New mortgage payment:** $

**Part 4: Sign Here**

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

[X] I am the creditor.　　　　[ ] I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

X　/s/ Kristy Evans　　　　　　　　　　　　　　　Date　05/0J▇◼︎FH
　Signature

Print:　Kristy Evans　　　　　　　　　　　　　　　Title　Bankruptcy Specialist
　　　First Name　　Middle Name　　Last Name

Company  CitiMortgage, Inc.

Address  PO Box 6030
　　　　Number　　　　　Street

　　　　Sioux Falls, SD 57117-6030
　　　　City　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　State　Zip Code

Contact phone  (866)613-5636　　　　　　　　　Email  Citi.Poc@citi.com



**U.S. Bankruptcy Court**
**Eastern District of Michigan, Detroit Division**

Debtor: **Thomas J. Ciluffo, Jr**
**Katrina N. Ciluffo**

Case No. 12-60083

### CERTIFICATE OF SERVICE

I hereby certify that on . I served a copy of this Notice and all attachments on the following by U.S. Mail, postage prepaid:

Debtor: **Thomas J. Ciluffo, Jr**
**Katrina N. Ciluffo**
4464 LINVILLE DR
WARREN, MI 48092-3058

I hereby certify that on . I served a copy of this Notice and all attachments on the following by Electronic Notification:

Trustee: **David Wm Ruskin**
26555 Evergreen Rd Ste 1100
Southfield, MI 48076-4251

Debtors Counsel: **Jesse R. Sweeney**
30555 Southfield
Suite 400
Southfield, MI 48076

/s/Kristy Evans

Bankruptcy Specialist

![CitiMortgage citi]

P.O. Box 6243
Sioux Falls, SD  57117-6243
Customer Service 1-800-283-7918*
TTY Services available: Dial 711 from the United States;
Dial 1-866-280-2050 from Puerto Rico

©2011 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Citi, Arc Design, and Citi and Arc Design are registered service marks of Citigroup Inc.

# Escrow Account Disclosure Statement

REPRESENTATION OF PRINTED DOCUMENT

Page 1

Trustee
David wm Ruskin
26555 Evergreen Rd Ste 1100
Southfield, MI 48076-4251

1-000-000-000-000

**Annual Escrow Analysis**

Analysis Date: April 19, 2013

CASE#: 12-60083
THOMAS J CILUFFO JR
KATRINA N CILUFFO

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT ANY SUCH OBLIGATION.  IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE NOTIFY US AND PROVIDE THIS CORRESPONDENCE TO YOUR ATTORNEY.

## Mortgage Payment

| | | | |
|---|---|---|---|
| New Monthly Payment Amount: | $1,189.09 | New Payment Effective: | June 01, 2013 |

| | CURRENT PAYMENT | NEW PAYMENT |
|---|---|---|
| PRINCIPAL/INTEREST | 915.58 | 915.58 |
| MONTHLY ESCROW PAYMENT | 256.97 | 273.51 |
| TOTAL PAYMENT | 1,172.55 | 1,189.09 |

- Your new monthly escrow payment represents 1/12th of your projected annual escrow disbursements.
- If your payment is issued by a third party, or if you make your payments through a bill pay service, please take the appropriate action to ensure that the new amount is updated with the service provider.

## Projections for the coming Year

Please keep this statement for reference next year.

| MONTH | PAYMENTS TO ESCROW ACCT | PAYMENTS FROM ESCROW ACCT | DESCRIPTION | PROJECTED BALANCE | REQUIRED BALANCE |
|---|---|---|---|---|---|
| Starting Balance: (Activity Assumed through May, 2013) | | | | $1,359.83 | $1,462.03 |
| JUN 13 | 265.00 | 56.14 | FHA MORTGAGE INSURANCE (MIP) | 1,568.69 | 1,670.89 |
| JUL 13 | 265.00 | 656.00 | HAZARD INSURANCE | 1,177.69 | 1,279.89 |
| JUL 13 | .00 | 56.14 | FHA MORTGAGE INSURANCE (MIP) | 1,121.55 | 1,223.75 |
| AUG 13 | 265.00 | 56.14 | FHA MORTGAGE INSURANCE (MIP) | 1,330.41 | 1,432.61 |
| AUG 13 | .00 | 1,000.00 | CITY/TOWN TAX | 330.41 | 432.61 |
| SEP 13 | 265.00 | 56.14 | FHA MORTGAGE INSURANCE (MIP) | 539.27 | 641.47 |
| OCT 13 | 265.00 | 56.14 | FHA MORTGAGE INSURANCE (MIP) | 748.13 | 850.33 |
| NOV 13 | 265.00 | 56.14 | FHA MORTGAGE INSURANCE (MIP) | 956.99 | 1,059.19 |
| DEC 13 | 265.00 | 56.14 | FHA MORTGAGE INSURANCE (MIP) | 1,165.85 | 1,268.05 |
| DEC 13 | .00 | 649.13 | CITY/TOWN TAX | 516.72 | 618.92 |
| DEC 13 | .00 | 201.20 | SCHOOL TAX | 315.52 (a) | 417.72 (b) |
| JAN 14 | 265.00 | 56.14 | FHA MORTGAGE INSURANCE (MIP) | 524.38 | 626.58 |
| FEB 14 | 265.00 | 56.14 | FHA MORTGAGE INSURANCE (MIP) | 733.24 | 835.44 |
| MAR 14 | 265.00 | 56.14 | FHA MORTGAGE INSURANCE (MIP) | 942.10 | 1,044.30 |
| APR 14 | 265.00 | 56.14 | FHA MORTGAGE INSURANCE (MIP) | 1,150.96 | 1,253.16 |
| MAY 14 | 265.00 | 56.14 | FHA MORTGAGE INSURANCE (MIP) | 1,359.82 | 1,462.02 |
| TOTALS: | $3,180.00 | $3,180.01 | | | |

- Mortgage Insurance, if any, is not included in the required low point calculation.

## Determining Your Escrow Shortage/Surplus

| | | |
|---|---|---|
| PROJECTED LOW-POINT: | 315.52 | (a) |
| REQUIRED LOW-POINT (Cushion): | 417.72 | (b) |
| TOTAL ESCROW SHORTAGE: | 102.20 | |

Under Federal Law, your shortage will be spread over a 12 month period.
If your Projected Low-Point (a) is:
- Less than your Required Low-Point (b), you have a shortage.
- Greater than your Required Low-Point (b), you have a surplus.
- Equal to your Required Low-Point (b), the above does not apply.

NOTE:  If your shortage was paid in full, your new monthly payment would be:
**$1,180.58 ($1,189.09 - $8.51 (MONTHLY SHORTAGE DEPOSIT))**

---

**ESCROW SHORTAGE / ADVANCE COUPON**   PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT. PLEASE ALLOW 7 TO 10 DAYS FOR POSTAL DELIVERY.

THOMAS J CILUFFO JR
KATRINA N CILUFFO

Shortage Amount:
$102.20

CitiMortgage, Inc.
P.O. Box 688948
Des Moines, IA  50368-8948

AMOUNT ENCLOSED $ _____.__

If you prefer to pay all or part of the Shortage Amount, simply detach this coupon and mail it along with your payment for the Shortage Amount in the enclosed envelope.

**Paying the shortage in full will lower your payment; however, your payment may not return to the previous amount.  If your tax and/or insurance bill amounts have changed, we may now need to collect a different monthly amount for these bill(s), and this amount may be higher.  If you have questions about increased bills, contact your insurance agent or tax authority directly.**

Please allow 7 days from our receipt of the shortage payment to adjust your monthly payment.

Analysis Date: April 19, 2013
Annual Escrow Analysis

**Escrow Account Disclosure Statement**

REPRESENTATION OF PRINTED DOCUMENT

### Account History

| ITEM | ACTUAL PAYMENTS | PROJECTED PAYMENTS | INCREASE/DECREASE |
|---|---|---|---|
| MORTGAGE INSURANCE | 737.29 | 742.17 | -4.88 |
| HAZARD INSURANCE | 656.00 | 598.00 | 58.00 |
| COMBINED TAXES | 1,850.33 | 1,780.17 | 70.16 |

Please note the increases/decreases that may have occurred from the projections. This has impacted the shortage/surplus in this analysis reflected on the front side of this statement.

This is a statement of actual activity in your escrow account from April 1, 2012 through April 19, 2013.
This section provides last year's projections and compares it with actual activity.

Your most recent monthly mortgage payment during the past year was $1,172.55 of which $915.58 was for principal and interest and $256.97 was credited to your escrow account.

| MONTH | ACTUAL PAYMENTS TO ESCROW ACCOUNT | PROJECTED PAYMENTS TO ESCROW ACCOUNT | ACTUAL PAYMENTS FROM ESCROW ACCOUNT | PROJECTED PAYMENTS FROM ESCROW ACCOUNT | DESCRIPTION | ACTUAL ESCROW RUNNING BALANCE | PROJECTED ESCROW RUNNING BALANCE |
|---|---|---|---|---|---|---|---|
| Starting Balance: | | | | | | $1,085.43 | $1,094.82 |
| APR 12 | 254.33 | 258.06 * | 56.97 | 57.75 | FHA MORTGAGE INSURANCE (MIP) | 1,282.79 | 1,295.13 |
| MAY 12 | 254.33 | 258.06 * | 56.97 | 57.75 | FHA MORTGAGE INSURANCE (MIP) | 1,480.15 | 1,495.44 |
| JUN 12 | 251.15 | 255.15 * | 56.97 | 56.97 | FHA MORTGAGE INSURANCE (MIP) | 1,674.33 | 1,678.33 |
| JUL 12 | .00 | 255.15 * | 656.00 | 598.00 * | HAZARD INSURANCE | 1,018.33 | 1,335.48 |
| JUL 12 | 251.15 | .00 * | 56.97 | 56.97 | FHA MORTGAGE INSURANCE (MIP) | 1,212.51 | 1,278.51 |
| AUG 12 | .00 | 255.15 * | 56.97 | 56.97 | FHA MORTGAGE INSURANCE (MIP) | 1,155.54 | 1,476.69 |
| AUG 12 | 251.15 | .00 * | 1,000.00 | 1,032.22 * | CITY/TOWN TAX | 406.69 | 444.47 |
| SEP 12 | 256.80 | 257.30 | 56.97 | 56.97 | FHA MORTGAGE INSURANCE (MIP) | 606.52 | 607.02 |
| OCT 12 | 256.80 | 257.30 | 56.97 | 56.97 | FHA MORTGAGE INSURANCE (MIP) | 806.35 | 807.35 |
| NOV 12 | 256.80 | 257.30 | 56.97 | 56.97 | FHA MORTGAGE INSURANCE (MIP) | 1,006.18 | 1,007.68 |
| DEC 12 | 256.80 | 257.30 | 56.97 | 56.97 | FHA MORTGAGE INSURANCE (MIP) | 1,206.01 | 1,208.01 |
| DEC 12 | .00 | .00 | 649.13 | 632.20 * | CITY/TOWN TAX | 556.88 | 575.81 |
| DEC 12 | .00 | .00 | 201.20 | 115.75 * | SCHOOL TAX | 355.68 | 460.06 |
| JAN 13 | 256.97 | 257.30 | 56.14 | 56.97 | FHA MORTGAGE INSURANCE (MIP) | 556.51 | 658.39 |
| FEB 13 | 256.97 | 257.30 | 56.14 | 56.97 | FHA MORTGAGE INSURANCE (MIP) | 757.34 | 858.72 |
| MAR 13 | 256.97 | 257.30 | 56.14 | 56.97 | FHA MORTGAGE INSURANCE (MIP) | 958.17 | 1,059.05 |
| APR 13 | .00 | 257.30 * | 56.14 | 56.97 | FHA MORTGAGE INSURANCE (MIP) | 902.03 | 1,259.38 |
| Totals: | $3,060.22 | $3,339.97 | $3,243.62 | $3,120.34 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or amount. Payment differences of $2.00 or less will not be marked with an asterisk.

Under Federal Law, your lowest monthly balance should not have exceeded $400.64 which is 1/6 of anticipated payments unless your mortgage contract or state law specifies a lower amount. Under your mortgage contract or state law, your lowest monthly balance should not have exceeded $400.66.

671-2249-0111B

CitiMortgage may charge interest on funds advanced to pay your escrow items. If you do not repay the escrow advance within 60 days (of the Escrow Analysis Statement date above) interest will be charged on the outstanding advance amount. The rate of interest on the advance will be the Note rate applicable to your first mortgage loan. The monthly interest accrual will appear on your monthly Mortgage Statement.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.